IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY S. OLLIE, and RYAN E. OLLIE,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NEBRASKA METHODIST HEALTH SYSTEM, INC., THE NEBRASKA METHODIST HOSPITAL, BRENT J TIERNEY, M.D.; and PHYSICIANS CLINIC, INC.,<br><br>　　　　　Defendants. | **8:20CV330**<br><br>**ORDER** |

Plaintiffs intend to move to amend to add defendants to this case. To accommodate that motion practice, the currently named parties have moved to extend the case progression deadlines. (Filing No. 42).

Accordingly,

IT IS ORDERED that the motion to extend deadlines, (Filing No. 42), is granted as follows:

1)　Plaintiffs' anticipated motion to amend to add parties shall be filed on or before April 9, 2021. The motion shall state whether any current defendant opposes it.

2)　All current case progression deadlines are stayed pending further order of the court.

Dated this 26th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge