IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TAMMY S. OLLIE; and<br>RYAN E. OLLIE,<br><br>Plaintiffs,<br><br>v.<br><br>NEBRASKA METHODIST HEALTH<br>SYSTEM, INC., d/b/a Methodist Health<br>System; and THE NEBRASKA<br>METHODIST HOSPITAL;<br>PHYSICIANS CLINIC, INC., d/b/a<br>Methodist Physicians Clinic; and<br>BRENT J. TIERNEY, M.D., NICOLE<br>SIMONS, R.N. and AUREUS<br>NURSING, LLC, LEAH<br>FRAUENDORFER, R.N. and<br>MEDICAL SOLUTIONS, LLC<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Number: 8:20-cv-330<br><br>CONSENT TO EXERCISE OF<br>JURISDICTION BY A UNITED STATES<br>MAGISTRATE JUDGE AND<br>ORDER OF REFERENCE |

**CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | Tammy S. Ollie and Ryan E. Ollie | 7.7.22 |
| | NEBRASKA METHODIST HEALTH SYSTEM, INC., d/b/a Methodist Health | |

| Signature | Party | Date |
|---|---|---|
| [signature] | System; and THE NEBRASKA METHODIST HOSPITAL; PHYSICIANS CLINIC, INC., d/b/a Methodist Physicians Clinic BRENT J. TIERNEY, M.D. | 6/22/22 |
| [signature] | NICOLE SIMONS, R.N. and AUREUS NURSING | 6-22-22 |
| [signature] | LEAH FRAUENDORFER, R.N. and MEDICAL SOLUTIONS, LLC | 7/6/22 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable Cheryl R. Zwart _____, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and the foregoing consent of the parties.

July 7, 2022
Date

[signature]
United States District Judge

clerk\proc\forms\consent.frm
04/13/11