IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TAMMY S. OLLIE, and RYAN E. OLLIE,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA METHODIST HEALTH SYSTEM, INC., THE NEBRASKA METHODIST HOSPITAL, BRENT J TIERNEY, M.D.; PHYSICIANS CLINIC, INC., NICOLE SIMONS, R.N.; AUREUS NURSING, LLC, MEDICAL SOLUTIONS, LLC, and LEAH FRAUENDORFER, R.N.;<br><br>Defendants. | 8:20CV330<br><br>ORDER |

Pursuant to the parties' stipulation for dismissal of this case, (Filing No. 138)

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiffs and Defendants are dismissed with prejudice, the parties to pay their own costs and attorney fees.

Dated this 1st day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge